*In re* WELLMAN'S ESTATE.

APPEAL AND ERROR—CONFESSION OF ERROR.
Where, on appeal, appellee confesses error, judgment is reversed.

Appeal from St. Clair; Robertson (William), J. Submitted June 16, 1932. (Docket No. 41, Calendar No. 36,548.) Decided September 16, 1932.

Joseph Wellman filed a claim in the probate court against the estate of Thomas Wellman, deceased. From allowance of the claim, Catherine A. Wellman, administratrix of the estate, appealed to the circuit court. Judgment for plaintiff. Defendant appeals. Reversed.

*Sullivan & Sullivan,* for appellant.

*Cady & Pepper,* for appellee.

PER CURIAM. Claimant had judgment on a promissory note barred by the statute of limitations. He has formally confessed error, and the judgment is reversed, with costs.